# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0683
L.T. Case No. 2005-CF-003032-B

_____

ALISHA WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Barbara Kissner Kwatkosky, Judge.

Alisha Williams, Ocala, pro se.

No Appearance for Appellee.

April 22, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

HARRIS, BOATWRIGHT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____